IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID T. FRAZIER       PLAINTIFF
Reg. #42582-074

v.        No: 2:20-cv-00220-LPR-PSH

BUREAU OF PRISONS, *et al.*       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 3). No objections have been filed and the time to do so has expired. After a careful and de novo review of the Proposed Findings and Recommendation as well as the entire record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mr. Frazier's Complaint (Doc. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT