IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID T. FRAZIER                                                                           PLAINTIFF
Reg. #42582-074

v.                              No: 2:20-cv-00220 LPR-PSH

BUREAU OF PRISONS, *et al.*                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff David T. Frazier's Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE